NEW YORK LIFE INSURANCE COMPANY, Appellant, *v.* GLENS FALLS
INSURANCE COMPANY, Respondent.

Argued April 12, 1950; decided May 18, 1950.

*Charles M. Swezey* and *Dudley Davis* for appellant.
*Samuel A. Berger* and *Abraham Kaplan* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.